# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alina Malkin,<br><br>    Plaintiff,<br><br>        v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.  2:22-cv-04970 KK<br><br>[~~PROPOSED~~] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: September 13, 2023                    _____
                                             HON. KENLY KIYA KATO
                                             UNITED STATES MAGISTRATE JUDGE